UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEVEN SHANE SHIRLEY**                                                                       **PLAINTIFF**

v.                                            Case No. 4:22-CV-00863-LPR

**AMANDA RODGERS,**
**Jail Administrator, Lincoln County**                                                         **DEFENDANT**

## ORDER

On September 19, 2022, Plaintiff Steven Shane Shirley filed a pro se § 1983 Complaint alleging that Lincoln County Jail Administrator Amanda Rodgers violated his constitutional rights.[1] On February 10, 2023, Shirley filed a Motion to Dismiss stating: "I no longer want to pursue my lawsuit on the Jail Administrat[or] Ms. Amanda Rodgers and I would like for you to dismiss my case."[2] Rodgers has no objection to the dismissal of Shirley's Complaint.[3] Accordingly, Shirley's Motion to Dismiss[4] is GRANTED, and his Complaint is voluntarily dismissed, without prejudice.[5] The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

IT IS SO ORDERED this 2nd day of March 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Compl. (Doc. 2).

[2] Mot. to Dismiss (Doc. 13).

[3] Def.'s Resp. to Pl.'s Mot. to Dismiss (Doc. 14).

[4] Doc. 13.

[5] *See* Fed. R. Civ. P. 41(a)(2).