UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEVEN SHANE SHIRLEY**                                                                                       **PLAINTIFF**

v.                                        Case No. 4:22-CV-00863-LPR

**AMANDA RODGERS,**
Jail Administrator, Lincoln County                                                              **DEFENDANT**

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment or the underlying Order would not be taken in good faith.

IT IS SO ADJUDGED this 2nd day of March 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE